SIDNEY TISH et al.; Appellants and Respondents, *v.* KRUEGER BEVERAGE COMPANY, Respondent and Appellant.

(Argued December 10, 1935; decided January 8, 1936.)

*David L. Podell, Jacob J. Podell, Benjamin Algase, Lester Lyons* and *Benjamin R. Hudes* for plaintiffs, appellants and respondents.

*Edwin T. Murdoch* and *Wallace T. Stock* for defendant, respondent and appellant.

Order affirmed and judgment absolute ordered against the defendant-appellant on the stipulation, with costs in all courts. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and FINCH, JJ. Not sitting: CROUCH, J.